UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY OBERTHER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-30018-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| ATLANTIC CREDIT AND FINANCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

SETTLEMENT ORDER OF DISMISSAL
May 8, 2015

The court, having been advised on May 8, 2015, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk